U.S. BANKRUPTCY COURT

WESTERN DISTRCT OF NEW YORK

| | |
|---|---|
| In Re | |
| Mark W. Eckstrand | Docket 09-15296 – CLB |
| Debra S. Eckstrand | ORDER |
| Debtors | Chapter 7 |

    This Motion Objecting To Claims filed by the Trustee, Thomas A. Dorey, came on before the Court on December 6, 2014 and it was adjourned to January 8, 2015 in Mayville, New York.

    Thomas A. Dorey appeared in support of the Motion. Robert Liebers appeared for the employees who filed the Proofs of Claim.

NOW IT IS:

ORDERED: The Trustee's Motion is granted.

ORDERED: The following Proofs of Claim are disallowed.

>  Proof of Claim 28 filed by Eric M. Corey. .
>  Proof of Claim 29 filed by Guy C. Adams..
>  Proof of Claim 30 filed by Mark Peterson.
>  Proof of Claim 31 filed by Randy C. Felton
>  Proof of Claim 32 filed by Philip J. Lowe. .
>  Proof of Claim 33 filed by Randy W. Berlin
>  Proof of Claim 34 filed by Duane S. Carlson

Date: JAN 2 2 2015

_____
Hon. Carl L. Bucki.



FILED JAN 2 2 2015 BANKRUPTCY COURT BUFFALO, NY

Case 1-09-15296-CLB    Doc 126    Filed 01/22/15    Entered 01/23/15 09:07:10    Desc
Main Document    Page 1 of 1